# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WUMAC, INC., | |
|     Plaintiff, | 2:12–cv–00926–LRH–VCF |
| vs. | **ORDER** |
| EAGLE CANYON LEASING, INC., | |
|     Defendant. | |

Before the court is Plaintiff WuMac, Inc. and Defendant Eagle Canyon Leasing, Inc.'s Joint Discovery Status Report (#38).

Local Rule 26-3 governs interim status reports. Under Local Rule 26-3, the parties are required to submit an interim status report no later than sixty days before the discovery cut-off date. *See* LR 26-3. The interim status report must include: (1) the time the parties estimate will be required for trial; (2) three alternative trial dates; and, (3) whether, in the opinion of the attorney who will be trying the case, trial will be eliminated or its length affected by substantive motions. *Id*.

WuMac and Eagle Canyon's Joint Discovery status report indicates that November 25, 2013, is the current discovery cut-off date. (*See* #38 at 3:7). November 25, 2013 is now within the sixty-day period identified by Local Rule 26-3. The parties' report, however, does not discuss the three items that are required under Local Rule 26-3. *See id*. The parties' report merely states that discovery is underway and that the parties may need to file an amended stipulated discovery plan. *Id*.

…

…

1

ACCORDING, and for good cause shown, WuMac and Eagle Canyon are ORDERED to submit an interim status report that complies with Local Rule 26-3.

IT IS THEREFORE ORDERED.

DATED this 27th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE